UNITED STATES, Appellee

v

ODIS CALVIN NASH, Fireman, U. S. Navy, Appellant

12 USCMA 30, 30 CMR 30

No. 14,185

Decided November 25, 1960

*Lieutenant Eric L. Keisman* was on the brief for Appellant, Accused.
*Lieutenant Martin Drobac* was on the brief for Appellee, United States.

Opinion of the Court

PER CURIAM:

The issue presented in this case is identical to that in United States v McCormick, 12 USCMA 26, 30 CMR 26, decided this day. For the reasons expressed in that case, the decision of the board of review is affirmed.